IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOPELYNN NEELY,    Plaintiff, ) | |
| ) | |
| v.                                                        ) | |
| ) | Civil Action No. 04-1553 |
| MCDONALD'S CORPORATION         ) | |
| and DESI CARTER,                             ) | Judge Joy Flowers Conti |
| ) | |
| Defendants.                  ) | |

AND NOW, this 15th day of May, 2007, upon consideration of the foregoing Motion for Determination of Judgment Pursuant to Federal Rule of Civil Procedure 54(b), it is hereby ORDERED that this Court certifies final judgment in favor of Defendant, McDonald's Corporation.

It is further determined that by reason of Defendant McDonald's no longer being a party to any claim currently pending before this Court in the instant action, there is no just cause for delay of appeal as contemplated by Federal Rule of Civil Procedure 54(b).  This Court thus recommends that this appeal be accepted by the United States Court of Appeals for the Third Circuit in the interests of expediency and justice.

                                                                        BY THE COURT,

Date: May 15, 2007                                         /s/ Joy Flowers Conti           , J.